FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 30 2013

VASHON O CHRISTOPHER

1427201

401 E. EAGER ST

BALTIMORE, MD 21202

(Full name, prison identification
number and address of the plaintiff)

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Civil Action No. JFM-13-1279

(Leave blank on initial filing to be filled in by Court.)

Warden, Assistant Warden of

Baltimore City Detention Center

401 East Eager Street

Baltimore, Maryland [21202]

(Full name and address of the defendant(s))

DEPUTY _____ BY
DISTRICT OF MARYLAND
CLERK U.S. DISTRICT COURT
AT BALTIMORE
APR 30 2013
RECEIVED
PRO SE

COMPLAINT

I. Previous lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2.    Court (if a federal court name the district; if a state court name the city or

county): _____

3.    Case No.: _____

4.    Date filed: _____

5.    Name of judge that handled the case: _____

6.    Disposition (won, dismissed, still pending, on appeal): _____

_____

7.    Date of disposition: _____

## II.   Administrative proceedings

A.    If you are a prisoner, did you file a grievance as required by the prison's
administrative remedy procedures?

YES ☑     NO ☐

1.    If you answered YES:

a.    What was the result? _NoNe_____

_____

b.    Did you appeal?

YES ☐     NO ☑

2.    If you answered NO to either of the questions above, explain why:

_BECAUSE NO IN House gRieVaNCe OFFiCeR will go AgiNsT_

_THe wARdeN SO I HAVe SeNT A CopiC To THe gRieVaNCe OFFiCe._

III.   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each
defendant did or how he/she is involved. If you are making a number of related claims,
number and explain each claim in a separate paragraph.)

The WARDEN/OFFicer use scare Tactics viBBai Threats like do This
or That or PACK up. TAKE our viST, CommisARY, PHONe Privileges.
WAKE us up AT 9:00ᴬᴹ AND NoT Allowed To get BACK iN our Beds
uNTil AFTer iNspection someTimes THe WARDEN Does NoT come
uNTil The NexT DAY AND iF our Beds, SHoes, ToTe's ARe NoT
LiNeD up we ARe ToiD To pACK up AND seNT To A cell/LocK up.

IV.   **Relief**
(State briefly what you want the Court to do for you.)

We all detainee's to be treated the, Same/equal, and for
this boot camp atmosphere/scear tactic's to end.

SIGNED THIS **05** day of, **APRil**           , **2013**.

*Vaslon Christopher*
(original signature of plaintiff)

401 E. EAger ST
BAlTimoRe, MD 21202
ID 1427201
(address of plaintiff)

ELIJAH E. CUMMINGS
7TH DISTRICT, MARYLAND

RANKING MEMBER, COMMITTEE ON
OVERSIGHT AND GOVERNMENT REFORM

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON COAST
GUARD AND MARITIME TRANSPORTATION
SUBCOMMITTEE ON
HIGHWAYS AND TRANSIT

JOINT ECONOMIC COMMITTEE

# Congress of the United States
## House of Representatives
### Washington, DC 20515

2235 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–2007
(202) 225–4741
FAX: (202) 225–3178

DISTRICT OFFICES:

☐   1010 PARK AVENUE
SUITE 105
BALTIMORE, MD 21201–5037
(410) 685–9199
FAX: (410) 685–9399

☐   754 FREDERICK ROAD
CATONSVILLE, MD 21228–4504
(410) 719–8777
FAX: (410) 455–0110

☐   8267 MAIN STREET
ROOM 102
ELLICOTT CITY, MD 21043–9903
(410) 465–8259
FAX: (410) 465–8740

www.house.gov/cummings

March 21, 2013

Mr. Vashon Christopher, #1427201
BCDC
401 East Eager Street
Baltimore, MD  21202

Dear Mr. Christopher:

I am in receipt of your correspondence requesting my assistance.

I have sent an inquiry on your behalf along with a copy of your correspondence to the Department of Public Safety and Correctional Services (DPSCS).

Please know that it may take some time for DPSCS to review your concerns and respond.

Upon receipt of a response from DPSCS to my inquiry, I will be back in touch with you.

Sincerely,

Elijah E. Cummings
Member of Congress

EEC/dg

(1)

By submitting this Info. we all are Subjected to Discip-
linary Removal. So can you please help with this ma-
tter.

Inmates (P & Q) Section Compln
BCDC 401 E. Eager St.
Baltimore, Maryland 21202

MARCH 11, 2013

Public Justice Center
1 North Charles Street
Baltimore, Maryland 21202

RE: Complaint Against Assistant Warden
Oliver & Section Conditions.

TO Whom It May Concern:

        We the inmates currently incarcerated at the Baltimore City
Detention Center on P & Q Section respectfully request that the Public
Justice Center investigate the threats, harrassment and personal rules
and regulations that's being inforced by the Assistant Warden Oliver. The
conditions that has been set by Assistant Warden Oliver, if not met, will result
in the inmate being removed from the dorm or receiving a infraction and
placed on segregation. Each inmate on P & Q Section was classified to
one of these sections. But Mrs. Oliver arbitrary without an infraction infractic
removed inmates by not following her rules.

        These rules and complaints are as following in no particular
order.

1) Inmates are required to get out of bed by 9:00 A.M. And make up
their bed. Inmates are not allowed to get back under the cover of

(2)

his bed until after 6:00 P.M. Violaters will be removed from the section.

2) Inmates are not allowed to wash undergarments (T-shirts, socks or underwear and hang them up to dry for the next day or two. Laundry day is once a week and the institution do not issue out undergarments to inmates. Most inmate have just the undergarments from the date of arrest to four sets from the wash pair and initial package set of three.

3) Inmates are require to eat in the dorm where there's no tables within the dorm setting like J.I. Building [Tables in the hall are not put in use].

4) Inmates are restricted to the dorm throughout the course of the day besides for a pass, gym or use of the phone. Unlike J.I. Building, Phones and Tables are outside of the dorms, Tables outside the dorms are not for use, but tables are not allow (or chairs) inside the dorm for entertainment such as card games, board games Et C, o in we haff to stand or sit on floor to eat.

5) Inmates are required to where their issued institutional jumper all day within the dorm until they get into bed.

6) Bends are not allowed for clothing, but inmates are not allowed to place clothing in a bag under their bunk. Clothing must be folding and placed under the inmi mattress. However, the mattress must not be raised by the inmates clothing.

7) Inmates must be standing at attention by their bunk, institutional issued jumpers on, fully button up (no opening or broken buttons) when warrent that the assistant warden (oliver) is coming.



(3)

Inmates that violate any of these Rules according to Assistant Warden Oliver will either receive an infraction or slip with three words quote "pack up belonging." These inmates will be removed from their respective classified section

Therefore, we respectfully request that the Public Justice Center investigate these regulation in which we consider to be arbitrary as well as cruel and unsual punishment infringing upon our United States constitutional Rights under the Eigh Eigh Eigth Amendment. We were not issued handbooks or notified of any new charges.

Respectfully submitted,
Psection 5 & section Inmates

1) Adams Johnson #401-423
2) Roswell McQueen 287182
3) anthony Green 1109675
4) William Perry #985245
5) Mark Jackson #887075
6) Brandon Montgomery SR. #1929297
7) Avon
8) Maurice Coleman 98480
9) Donald Wilson
10) William Harmanson
11) Kevin Martin 1982340
12) THOMAS IARBELLA 2790525
13) Wade mills 3329826
14) Earl White 343-2178
15) Greg Gualtry
16)
17)

19) Vashon Christopher 1427201
20) Mark Gish
21) Melville Giles - 1308106
22) Dante Clark 1915176
23) DAWAN Hawkins 3016387
24) Ronnie Buchardson 411-321
25) LiL SHANG LAFAYETTE PROJECT #
26) Franklin Lewis 8556
27) George Barney
28) Bill 1938801
29) Curtis Hall 1201044
30) Kevin Jackson 3807116
31) Donnelle Jones 1658723
32) Randolph Massey 146271
33) Demetrius Johnson
34) Reginald Jones
35) David Hubbard 1276138

37) Kelvin Wallace 979483 67)
38) Russell Komin 1901037 68) Amos King
39) 108 69)
40) Rodney Thomas 1294289 70)
41) Angela R 2222649 71)
42) 72)
43) Hasin 73)
44) 74)
45) Ezekiel W King 75)
46) Melbourn 3214995 76)
47) 77)
48) 78)
49) Michael Mage 79)
50) Eric Glen 80)
51) Robert Smith #940-011 81)
52) Michael DeLatch 200-78 82)
53) Eric Funderburk 1257654 83)
54) Jimaine McClinkin 84)
55) Charles 555964 85)
56) Edward Lee 1201972 86)
57) 87)
58) Kennett Black 54935 88)
59) Eric Bell 124289 89)
60) 2018131 90)
61) Adrian Brown 1356616 91)
62) Dwight Raney 2861648 92)
63) 93)
64) 94)
65) 95)
66) 96)

## CERTIFICATE OF SERVICE

I hereby certify that on this ___05___ day of ___APRil_____, 20_13_, a copy of this _____, was mailed, postage prepaid, to (name and address of the attorney or person to whom you sent it).

*Hamilton Christopher*

It is not necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.